UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: _____

JEFFREY STRICKLAND, JR.,

    Plaintiff,

vs.

BLACKSTONE MEDICAL SERVICES, LLC,

    Defendant.
_____/

## COMPLAINT

Plaintiff, JEFFREY STRICKLAND, JR. (hereinafter, "Plaintiff"), by and through the undersigned counsel, sues the Defendant, BLACKSTONE MEDICAL SERVICES, LLC (hereinafter, "Defendant"), and in support thereof, alleges as follows:

### INTRODUCTION

1. This is an action by Plaintiff for a violation of violations of the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), 38 USC §4323.

### JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to USERRA. 20 CFR §1002.305(c).

3. All such acts alleged herein were committed within this judicial district and therefore venue is appropriate.

### PARTIES

4. At all times material hereto, Plaintiff is over the age of eighteen (18) years, a citizen of the United States, sui juris and a former employee of Defendant.

5. At all times material hereto, Defendant was conducting business in this judicial district, was the former employer of the Plaintiff, and is otherwise an employer under USERRA.

## ALLEGATIONS

6. Plaintiff was employed by Defendant since August 14, 2021, as an HR Manager, and was a satisfactory employee for the Defendant.

7. Plaintiff is an active member of the US Military, and received orders to assist with relief efforts due to Hurricane Ian.

8. While the Plaintiff's original orders were due to expire on September 30, 2022, the orders were extended to November 30, 2022.

9. In response, Defendant (Wesley Boucher) informed Plaintiff that another employee, Wesley, took over Plaintiff's position, and that when Plaintiff returned, he would be demoted to a recruiter, which is a lesser paying position.

10. Unable to accept this demotion, Plaintiff was forced to resign from his position given this adverse employment action.

## COUNT I
## USERRA

The Plaintiff incorporates by reference paragraphs 1 through 10 herein, and states as follows:

11. The Plaintiff was an active military service member.

12. The Defendant removed Plaintiff from his position, and demoted Plaintiff to a lesser paying position, in violation of USERRA, because of Plaintiff missing work to serve the military.

13.     As a direct and proximate result of the Defendant's unlawful conduct, Plaintiff has and will continue to suffer damages.

WHEREFORE, the Plaintiff requests that the Court order the following:

a.      Declaring that the acts and practices complained of herein by the Defendant are in violation of USERRA;

b.      Awarding back pay, prejudgment interest, post judgment interest and damages for all employment compensation and benefits the Plaintiff would have received but for the unlawful acts of the Defendant;

c.      Awarding the Plaintiff liquidated (double) damages; and

d.      Awarding the Plaintiff attorneys fees and costs pursuant to the above statute.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury as to all counts.

Dated: February 17, 2023.          Respectfully submitted,

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, Florida 33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701